[No. 13115-7-III.   Division Three.   September 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD THEODORE WELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-00833-6, Michael E. Donohue, J., entered February 24, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J. Now published at 76 Wn. App. 165.

[No. 12517-3-III.   Division Three.   September 27, 1994.]

*In the Matter of the Marriage of* CHRISTINA LYNN KOONTZ, *Respondent, and* ROBERT MARK KOONTZ II, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-3-01381-1, Fred L. Stewart, J., entered May 20, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 13538-1-III.   Division Three.   September 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK J. HURLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 93-1-00184-6, Evan E. Sperline, J., entered September 7, 1993. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.